## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIL LANTEIGNE,<br><br>*Plaintiff*<br><br>v.<br><br>PROTEON THERAPEUTICS, INC., PAUL J. HASTINGS, TIMOTHY P. NOYES, HUBERT BIRNER, GAREN BOHLIN, JOHN G. FREUND, ARTARA THERAPEUTICS, INC., and REM 1 ACQUISITION, INC.,<br><br>*Defendants*. | Case No.: 1:19-cv-12436 |

## NOTICE OF DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Neil Lanteigne ("Plaintiff"), voluntarily dismisses his claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 27, 2020

**LEVI & KORSINSKY, LLP**

By: *s/ Shannon L. Hopkins*
Shannon L. Hopkins (BBO No. 657485)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of January, 2020.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins